IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT ALBORRAN, JR., :
:
      Petitioner :
:
  v. : CIVIL NO. 4:CV-15-877
:
TREVOR WINGARD, : (Judge Brann)
:
      Respondent :

## **ORDER**

January 21, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Respondent's request (Doc. 13) for dismissal of the petition as being untimely is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

                BY THE COURT:

                s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge